### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHERRY MURRAY and** | ) |
| **KENNETH MECKFESSEL,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   CIV. ACT. NO. 1:21-cv-58-TFM-M |
| | ) |
| **CSX TRANSPORTATION INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendant and against Plaintiffs.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.  This case is hereby closed.

**DONE** and **ORDERED** this the 4th day of August 2022.

 s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE